1  Kenneth L. Neeley, 025899
   **NEELEY LAW FIRM, PLC**
2  2250 E Germann Rd, Suite 11
   Chandler, AZ 85286
3  Tel: 480.802.4647 | Fax: 480.907.1648
   Email: ECF@neeleylaw.com
4

5  *Attorney for Debtor*

6           **UNITED STATES BANKRUPTCY COURT**

7              **DISTRICT OF ARIZONA**

8
   In re:                                    Chapter 13
9
   Ronald Gilbert Gimenez and Susan Ann      Case No.: 2:12-bk-22789-PS
10
   Gimenez,                                  **ORDER APPROVING OBJECTION
11                                            TO PROOF OF CLAIM FILED BY
            Debtors.                          CAPITAL ONE, N.A.**
12
                                             **CLAIM:    7**
13
                                             **FILED:     02/06/2013**
14

15      Ronald Gimenez and Susan Gimenez ("Debtors"), having objected to the Proof of Claim

16  filed by Capital One, N.A. on February 6, 2014 (Claim No. 7), and after due notice by mail on

17  October 20, 2014, to the Claimant, the Claimant having failed to respond, and good cause

18  appearing:

19      **IT IS ORDERED** that secured Claim No. 7 of Capital One, N.A. be disallowed as secured

20  and reclassified as a general unsecured claim.

21

22                      SIGNED BY JUDGE AT TOP

23

24

25

26

27

28